```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAWN M. ARRAIZ,

                          Plaintiff,

                v.

DYNAMITE YOUTH CENTER FOUNDATION, INC., and DYNAMIC YOUTH COMMUNITY, INC.,

                          Defendants.

**JUDGMENT**

Civil Action No.: 7:20-cv-05341 (NSR-PED)

WHEREAS, plaintiff Dawn Arraiz commenced this action by filing a complaint on or about July 11, 2020, alleging she is entitled to unpaid wages from defendant;

WHEREAS, defendants have denied any and all liability arising out of plaintiff's allegations;

WHEREAS, on March 29, 2021, defendants served plaintiff with an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure (FRCP);

WHEREAS, on March 29, 2021, plaintiff accepted the Offer of Judgment, it is hereby:

**ORDERED, ADJUDGED, AND DECREED**, that plaintiff takes judgment against defendants for the total sum of $85,000 in full satisfaction of all claims against the defendants herein; said $85,000 offer being inclusive of all costs, disbursements, and attorneys' fees in plaintiff's favor. The Judgment is made against for the purposes specified in Rule 68 of the FRCP and is not to be construed as an admission of liability by defendants.

Dated: April 12, 2021
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge